MATTHEW J. GAUGER, Bar No. 139785
GARY P. PROVENCHER, Bar No. 250923
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA  95814
Telephone  (916) 443-6600
Fax  (916) 4420244
E-Mail:  mgauger@unioncounsel.net
E-Mail:  gprovencher@unioncounsel.net
E-Mail:  ayen@unioncounsel.net

Attorneys for Plaintiff SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 1021

DENNIS R. MURPHY, Bar No. 051215
RICHARD F. MAROTTI, Bar No. 267336
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, CA 95812-1319
Telephone  (916) 446-2300
Fax  (916) 503-4000
E-Mail:  dmurphy@murphyaustin.com
E-Mail:  rmarotti@murphyaustin.com

Attorneys for Defendant E CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021,<br><br>             Plaintiff,<br><br>     v.<br><br>E CENTER, and Does 1 through 10,<br><br>             Defendant. | No. 2:14-cv-01056-TLN-DAD<br><br>**JOINT STATUS REPORT, REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to the Court's December 8, 2014 Scheduling Order, the Courtroom Deputy's

March 10, 2015 email and the Agreement of the Parties, the Parties make the following requests

1

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

JOINT STATUS JOINT STATUS REPORT, REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 2:14-CV-01056-TLN-DAD

and representations.

The Parties request that the Court take the Settlement Conference currently set for March 16, 2015 off calendar pending settlement. The Parties have reached a Tentative Agreement in which the Plaintiff will file a Request to Dismiss the Complaint with Prejudice and the Parties will sign a Collective Bargaining Agreement. The relevant Union officials and Union members are meeting on March 12, 2015 to sign the Collective Bargaining Agreement. E Center Management will sign the Agreement later in the day and the Plaintiff will file a Request for Dismissal.

The Parties therefore jointly request that the Court take the Settlement Conference currently set before Magistrate Judge Carolyn K. Delaney on March 16, 2015 off calendar.

Respectively Submitted,

Dated: March 12, 2015          WEINBERG, ROGER & ROSENFELD


By: */s/ Matthew J. Gauger*
    Matthew J. Gauger
    Attorneys for Plaintiffs
    SEIU Local 1021

Dated: March 12, 2015          MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: */s/Dennis Murphy*
    DENNIS R. MURPHY
    Attorneys for Defendant
    E Center

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

JOINT STATUS JOINT STATUS REPORT, REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 2:14-cv-01056-TLN-DAD

**[~~PROPOSED~~] ORDER FOR REQUEST TO CONTINUE SETTLEMENT CONFERENCE**

Good cause having been shown, it is ordered that the Request to Continue Settlement Conference set for March 16, 2015 IS VACATED. If the case is not dismissed by March 20, 2015, the Parties shall file a Joint Status Report on March 20, 2015 including proposed dates for a Settlement Conference after inquiring of Judge Delaney's Courtroom Clerk as to scheduling.

Dated: March 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

136122/802591

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

JOINT STATUS JOINT STATUS REPORT, REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 2:14-cv-01056-TLN-DAD